BEFORE THE THIRD DIVISION, MARCH 28, 1962

No. 66617.—Austin-Western Works *v.* United States, protest 61/15037 (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the issues are similar to those involved in Abstract 57104, the claim of the plaintiff was sustained.

No. 66618.—B. Altman & Co. *v.* United States, protests 61/9566 and 61/12564 (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of vitrified decorated bowls similar in all material respects to those the subject of Abstract 50327, the claim of the plaintiff was sustained.